UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUEENS BOROUGH PUBLIC LIBRARY,<br><br>       Plaintiff,<br><br> - against -<br><br>DYNIX CORPORATION, SIRSI HOLDINGS CORP. and SIRSI CORPORATION,<br><br>       Defendants. | 09-CV-2860 (ILG) (RER)<br><br>**AMENDED RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Dynix Corporation and Sirsi Corporation states that neither Dynix Corporation nor Sirsi Corporation is a publicly held corporation; Dynix Corporation is a wholly owned subsidiary of Dynix Holding Corporation; Sirsi Corporation is a wholly owned subsidiary of Dewey Holding Company; and no publicly held corporation owns 10% or more of the stock of either Dynix Corporation or Sirsi Corporation.

Dated: September 2, 2009
   New York, NY

              WINSTON & STRAWN LLP

              By: _/s/ Jeffrey P. Rosenstein_
                 Jeffrey P. Rosenstein

              200 Park Avenue
              New York, New York 10166
              Telephone: (212) 294-6700
              Fax: (212) 294-4700
              E-mail: jrosenstein@winston.com

              *Attorney for Defendants*
              *Dynix Corporation and Sirsi*
              *Corporation*