UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
QUEENS BOROUGH PUBLIC LIBRARY, :
:
                                              Plaintiff, : 09-CV- 2860 (ILG)(RER)
:
              - against - : **AFFIDAVIT OF BRAD**
: **WHITTLE IN SUPPORT OF**
DYNIX CORPORATION, SIRSI HOLDINGS CORP. : **DEFENDANTS' MOTION TO**
and SIRSI CORPORATION, : **DISMISS**
:
                                         Defendants. :
:
------------------------------------------------------------------X
STATE OF UTAH    )
                      ) ss.:
COUNTY OF UTAH )

        **BRAD WHITTLE,** being duly sworn, deposes and says as follows:

        1.      I am currently employed as Vice President of North America Sales and Marketing for Sirsi Corporation ("Sirsi") d/b/a SirsiDynix based in the Provo, Utah office.

        2.      I have personal knowledge of the facts set forth below based on my personal knowledge, interviews with relevant individuals, and review of books and records maintained by this office.

        3.      I submit this affidavit in support of the motion to dismiss of Sirsi and Dynix Corporation ("Dynix").

        4.      Prior to working for Sirsi, I worked for Dynix as a Vice President of Sales, the Americas.

        5.      While working at Dynix as Vice President of Sales, the Americas, I was personally involved in the sales process and negotiation of the "Purchase and License

Agreement" between Dynix Corporation and Queens Borough Public Library dated March 6, 2006.

6.   Attached hereto as Exhibit "A" is a true and correct copy of the "Purchase and License Agreement" between Dynix Corporation and Queens Borough Public Library dated March 6, 2006.

*[signature]*
Brad Whittle

Sworn to before me this 26th day of October 2009

*[signature]*
Notary Public
commission expires: 11/27/12



2

NY:1260482.1