## UNITED STATES DISTRICT COURT
## FOR THE Eastern District of New York
## Brooklyn

Queens Borough Public Library

                              Plaintiff,

v.                                                  Case No.: 1:09−cv−02860−ILG−RER
                                                  Senior Judge I. Leo Glasser

Dynix Corporation, et al.

                              Defendant.

## SCHEDULING ORDER

      Pursuant to Fed. R. Civ. P.16, the court having conferred with counsel, **IT IS HEREBY ORDERED:**

      STATUS CONFERENCE:   An informal status conference will be held on April 8, 2010 at  10:00 AM in  Courtroom 2E North.

      FINAL PRETRIAL CONFERENCE:   A final pretrial conference will be held on June 9, 2010 at  10:00 AM in  Courtroom 2E North.

                                                             s/ Magistrate Judge Ramon E. Reyes, Jr
                                                                     United States District Judge

November 2, 2009