# THOMPSON HINE

ATLANTA  CINCINNATI  COLUMBUS  NEW YORK
BRUSSELS  CLEVELAND  DAYTON  WASHINGTON, D.C.

March 17, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT  N.Y.
★ MAR 19 2010 ★
BROOKLYN OFFICE

VIA FACSIMILE
718-613-2446

Hon. I Leo Glasser,
United States District Court Judge
United States District Court,
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Queens Borough Public Library v. Dynix Corp., et al., 09-CIV-2860 (ILG)(RER)
     Joint Status Report

Dear Judge Glasser:

This firm represents Plaintiff Queens Borough Public Library and Winston & Strawn LLP represents Defendants Dynix Corporation and Sirsi Corporation in the referenced action and that firm has reviewed and approved the contents of the instant Joint Status Report.

We write pursuant to instructions received from your Law Clerk, Mr. Matthew Keller,* to advise your Honor that the parties have reached a settlement agreement in the above-captioned matter. The parties shall submit the appropriate stipulation dismissing the matter once the preconditions to settlement have been satisfied, which we expect to be accomplished on or about April 15, 2010.

Respectfully submitted,

Rebecca Brazzano

cc:  Honorable Ramon E. Reyes, Jr.
     Ms. Anna Kornikova*
     Jeffrey P. Rosenstein, Esq.
*Facsimile with permission

Rebecca.Brazzano@ThompsonHine.com  Tel: 212.908.3941  Fax: 212.344.6101

189380

THOMPSON HINE LLP       335 Madison Avenue            www.ThompsonHine.com
ATTORNEYS AT LAW        12th Floor                    Phone 212.344.5680
                        New York, New York 10017-4611 Fax 212.344.6101