UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------x
                                             :
QUEENS BOROUGH PUBLIC LIBRARY,               :   ECF CASE
                                             :
                    Plaintiff,               :   09-CV-2860 (ILG) (RER)
                                             :
         - against -                         :
                                             :
DYNIX CORPORATION, SIRSI HOLDINGS            :
CORP. and SIRSI CORPORATION,                 :   Filed Electronically
                                             :
                    Defendants.              :
---------------------------------------------x

## JOINT STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Queens Borough Public Library and Defendants Dynix Corporation and Sirsi Corporation, by and through their attorneys, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the above-captioned action is dismissed with prejudice, each party to bear its/their own costs and fees. The parties request that the Clerk of Court now close this case.

Dated: March 10 2010

THOMPSON HINE LLP

By: _____
Rebecca A. Brazzano
Richard A. De Palma
335 Madison Ave, 12th Floor
New York, New York 10003
(212) 344-5680

*Attorneys for Plaintiff*
*Queens Borough Public Library*

WINSTON & STRAWN LLP

By: _____
Jeffrey P. Rosenstein
Kenneth D. O'Reilly
200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendants*
*Dynix Corporation and Sirsi Corporation*

SO ORDERED:

_____

NY:1278778.1