FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 08 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

QUEENS BOROUGH PUBLIC LIBRARY,  :  ECF CASE

    Plaintiff,  :  09-CV-2860 (ILG) (RER)

- against -  :

DYNIX CORPORATION, SIRSI HOLDINGS  :
CORP. and SIRSI CORPORATION,  :  Filed Electronically

    Defendants.  :
------------------------------------------------------------x

## JOINT STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Queens Borough Public Library and Defendants Dynix Corporation and Sirsi Corporation, by and through their attorneys, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the above-captioned action is dismissed with prejudice, each party to bear its/their own costs and fees. The parties request that the Clerk of Court now close this case.

Dated: March 12 2010

| THOMPSON HINE LLP | WINSTON & STRAWN LLP |
|---|---|
| By: *Rebecca Brazzano* | By: *Jeffrey Rosenstein* |
| Rebecca A. Brazzano | Jeffrey P. Rosenstein |
| Richard A. De Palma | Kenneth D. O'Reilly |
| 335 Madison Ave, 12th Floor | 200 Park Avenue |
| New York, New York 10003 | New York, New York 10166 |
| (212) 344-5680 | (212) 294-6700 |
| *Attorneys for Plaintiff*<br>*Queens Borough Public Library* | *Attorneys for Defendants*<br>*Dynix Corporation and Sirsi Corporation* |

SO ORDERED.

_____

4/5/10

NY:1278778.1